MARY-ALICE RODGERS v. WILLIAM H. RODGERS.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 640.]

In the Matter of ADELAIDE NEUWIRTH, Respondent, against PANTASOTE COMPANY, Appellant.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 731.]

METROPOLITAN OPERA ASSOCIATION, INC., et al., Respondents, and COLUMBIA RECORDS, INC., Intervener, Respondent, v. WAGNER-NICHOLS RECORDER CORP. et al., Appellants, et al., Defendants.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, pp. 632, 646.]

WILLIAM A. SLATER et al., as Trustees under the Will of WILLIAM A. SLATER, Deceased, et al., Appellants-Respondents, v. GULF, MOBILE AND OHIO RAILROAD COMPANY et al., Respondents-Appellants.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, pp. 166, 655.]

J. O. CONSTRUCTION & DEVELOPMENT CORPORATION v. PHILIP CUENDET, as Administrator C. T. A. of EMIL L. CUENDET, Deceased.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 203.]

FLOSSIE E. HAWKINS v. ERSKINE R. HAWKINS.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 121.]

HOTEL CAMERON, INC., v. PHILIP DWORSKY.— Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 724.]

NOVEMBER REALTY CORP., Appellant, v. FLORENCE McCOMB, Tenant, and ROSEMARY BULL, Respondent.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 735.]

In the Matter of the Arbitration between STERN, MORGANTHAU & Co., INC., Appellant, and J. A. KIRSCH Co., Respondent.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 731.]